AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Ray Carter<br>*Petitioner*<br>v.<br>Warden John Pate<br>*Respondent* | )<br>)<br>)  Civil Action No.   8:10-cv-00525-HMH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   IT IS ORDERED AND ADJUDGED It is ORDERED that Carter's § 2254 petition is summarily dismissed without prejudice and without issuance and service of process upon Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge   Henry M. Herlong, Jr on the record.   on a motion for

.

Date:   April 22, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*